**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **MONIQUE TOLBERT** | **CASE NO. 2:22-CV-04948** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLIED INSURANCE CO** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED** that this action be dismissed as to X Y Z Insurance Co. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE June 5, 2024.

Daniel J. McCoy
Clerk of Court