UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MONIQUE TOLBERT** | **CASE NO. 2:22-CV-04948** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLIED TRUST INSURANCE CO** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM RULING

Before the Court is "Allied Trust Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b)" (Doc. 27) wherein Defendant moves to dismiss the instant lawsuit because Plaintiff failed to comply with this Court's Hurricane Laura/Delta Management Order. Plaintiff has filed no response to this Motion and the time for doing so has now lapsed.

## BACKGROUND

This case involves alleged damage to Plaintiff's home as a result of Hurricanes Laura and Delta. During the relevant time period, Allied Trust Insurance Company ("Allied") insured Plaintiff's property. Plaintiff alleges that Allied underpaid the policy proceeds and was in bad faith in its failure to pay.

## LAW AND ANALYSIS

Allied asserts that it attempted to comply with this Court's Case Management Order by engaging in settlement discussions with Plaintiffs, but Plaintiff and/or Plaintiff's counsel largely ignored Allied's requests.[1] Allied also made attempts at mediation, which

---

[1] Defendant's exhibit 2.

Plaintiff chose to ignore.  It appears that there was a scheduled mediation with Judge Charlotte Bushnell, to which Plaintiff failed to appear.[2]

As such, Allies moves for dismissal pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of this Court issued a Notice of Motion Setting[3] concerning Allied's Motion to Dismiss setting a response deadline of 14 days from July 30, 2024.  Plaintiff filed no response.   As such, Plaintiff has willingly chosen not to pursue this matter and had failed to comply with this Court's orders.  The Court will dismiss this action for failure to prosecute.

## **CONCLUSION**

For the reasons explained herein, the Court will grant Allied Trust Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) (Doc. 27).

**THUS DONE AND SIGNED** in Chambers on this 20th day of August, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[2] See Defendant's exhibits 3, 4 and 5.
[3] Doc. 28.